189 So. 776

### Jonas SCHWAB v. C. W. CARROLL.

#### 6 Div. 513.

Supreme Court of Alabama.

May 8, 1939.

Rehearing Denied June 22, 1939.

Randolph Hobbs, of Birmingham, for the motion.

Harsh, Harsh & Hare and D. M. Griswold, all of Birmingham, opposed.

BOULDIN, Justice.

Petition of Jonas Schwab for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Schwab v. Carroll, 189 So. 775.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.